Franklin Employment Law Group
Eugene T. Franklin [SBN124881]
Barbara F. Green [SBN 150320]
Attorneys At Law
22762 Main Street
Hayward, California 94541
(510) 538-0969

Attorneys for Plaintiff
Lionna D. Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lionna D. Smith,<br><br>        Plaintiff,<br><br>vs.<br><br>Dollar Tree Store, Incorporated, a Virginia Corporation and Does 1-50, inclusive,<br><br>        Defendants. | Case No. CV 05-02599 JCS<br><br>[PROPOSED] STIPULATION AND ORDER TO MOVE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that because Plaintiff's counsel is scheduled to begin a jury trial at 8:30 a.m. on October 28, 2005, in the Superior Court of Alameda County (Hayward Hall of Justice) [Brooks vs. Washington Hospital, et al.] [Case No.: 2002-051547], that the Case Management Conference in this case scheduled for 2:00 p.m. October 28, 2005 be moved to 2:00 p.m. November 18, 2005, or a date thereafter to be set by the court.  This stipulation may be signed in counterparts.

Dated: September 8, 2005    FRANKLIN EMPLOYMENT LAW GROUP


By: _____
EUGENE T. FRANKLIN
ATTORNEY FOR PLAINTIFF


Dated: _____    THELEN REID & PRIEST LLP


By: _____
SETH L. NEULIGHT
ATTORNEY FOR DEFENDANT
DOLLAR TREE STORE, INCORPORATED

-1-

**[PROPOSED] STIPULATION AND ORDER TO MOVE CASE MANAGEMENT CONFERENCE**
**Case No. CV 05-02599 JCS**

-2-

1   GOOD CAUSE APPEARING**, IT IS SO ORDERED** that the Case Management
2   Conference now scheduled for ~~2:00~~ 1:30 p.m. October 28, 2005, be moved to ~~2:00~~ 1:30 p.m. on
3   November 18, 2005.

4

5   Dated: Sept. 12, 2005

6

7                                  _____
                                   Honorable Joseph C. Spero
8                                  United States Magistrate Judge

-2-

[~~PROPOSED~~] STIPULATION AND ORDER TO MOVE CASE MANAGEMENT CONFERENCE
Case No. CV 05-02599 JCS