1  Seth L. Neulight, CA Bar No. 184440
   Deborah R. Schwartz, CA Bar No. 208934
2  THELEN REID & PRIEST LLP
   101 Second Street, Suite 1800
3  San Francisco, California 94105-3601
   Telephone:    (415) 371-1200
4  Facsimile:    (415) 371-1211

5  Ann Kane Smith, CA Bar No. 72698
   THELEN REID & PRIEST LLP
6  333 South Hope Street, Suite 2900
   Los Angeles, California 90071-3048
7  Telephone:    (213) 576-8000
   Facsimile:    (213) 576-8080
8
   Attorneys for Defendant
9  DOLLAR TREE STORES, INC.

10 Eugene T. Franklin, CA Bar No. 124881
   Barbara F. Green, CA Bar No. 150320
11 FRANKLIN EMPLOYMENT LAW GROUP
   22762 Main Street
12 Hayward, CA  94541
   Telephone:    (510) 538-0969
13
   Attorneys for Plaintiff
14 LIONNA D. SMITH

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

| LIONNA D. SMITH, | Case No.: C05-02599 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM MEDIATION THROUGH COURT PROGRAM AND REFERRING CASE TO PRIVATE MEDIATION** |
| vs. | |
| DOLLAR TREE STORE, INCORPORATED, a Virginia Corporation, and DOES 1-50, inclusive | |
| Defendants. | |

THELEN REID & PRIEST LLP

SF #1008616 v2                                -1-
STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM MEDIATION THROUGH COURT
PROGRAM AND REFERRING CASE TO PRIVATE MEDIATION/[CASE NO. C05-02599 JCS]

## STIPULATION

Plaintiff Lionna D. Smith and defendant Dollar Tree Stores, Inc. (collectively, "the Parties"), through their respective attorneys of record, hereby stipulate to entry of an Order by the Court as follows:

WHEREAS, counsel for the Parties met and conferred regarding Alternative Dispute Resolution ("ADR") and agreed to participate in private mediation; and

WHEREAS, on September 28, 2005, the Parties filed a Stipulation And [Proposed] Order Selecting ADR Process wherein, by inadvertence and mistake, they selected "mediation through the Court's program" rather than "private mediation" on the form; and

WHEREAS, the Parties have agreed and prefer to participate in private mediation with mediator Mark S. Rudy, Esq. rather than with the Court-appointed mediator, Michael W. Bien;

THEREFORE, the Parties hereby stipulate to entry of an Order by the Court removing this case from the Court-sponsored mediation program, and instead, referring this case to private mediation.

IT IS SO STIPULATED.

Dated: October 7, 2005        FRANKLIN EMPLOYMENT LAW GROUP

                              By       /s/   Eugene Franklin
                                 Eugene T. Franklin
                                 Attorneys for Plaintiff
                                 LIONNA D. SMITH

Dated: October 7, 2005        THELEN REID & PRIEST LLP

                              By       /s/ Deborah Schwartz
                                 Seth L. Neulight
                                 Deborah R. Schwartz
                                 Attorneys for Defendant
                                 DOLLAR TREE STORES, INC.

THELEN REID & PRIEST LLP

SF #1008616 v2                             -2-
STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM MEDIATION THROUGH COURT PROGRAM AND REFERRING CASE TO PRIVATE MEDIATION/[CASE NO. C05-02599 JCS]

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the case shall be removed from mediation through the Court's program and shall be referred to private mediation.

IT IS SO ORDERED.

Dated: October 11, 2005

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

SF #1008616 v2

-3-

THELEN REID
& PRIEST LLP

STIPULATION AND [~~PROPOSED~~] ORDER REMOVING CASE FROM MEDIATION THROUGH COURT PROGRAM AND REFERRING CASE TO PRIVATE MEDIATION/[CASE NO. C05-02599 JCS]