| | |
|---|---|
| 1 | Franklin Employment Law Group |
| 2 | Eugene T. Franklin [SBN124881]<br>Barbara F. Green [SBN 150320] |
| 3 | Attorneys At Law<br>22762 Main Street |
| 4 | Hayward, California 94541<br>(510) 538-0969 |
| 5 | Attorneys for Plaintiff |
| 6 | Lionna D. Smith |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lionna D. Smith, | Case No. CV 05-02599 JCS |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | Date: November 18, 2005<br>Time: 1:30 p.m.<br>Honorable Joseph C. Spero |
| Dollar Tree Stores, Incorporated, a Virginia Corporation and Does 1-50, inclusive, | |
| Defendants. | |

Plaintiffs' counsel's October 28, 2005, jury trial (Brooks v. Washington Hospital/case number 2002-051547) will actually begin on or about November 9, 2005 in Department 301, of The Alameda County Superior Court. Counsel estimate that the trial will last at least two weeks. Therefore, counsel agree and stipulate that the Case Management Conference scheduled for November 18, 2005, be rescheduled to 1:30 p.m. December 9, 2005, or a date thereafter.

The parties further agree that this Stipulation may be signed in facsimile counter parts.

Dated: November 2, 2005

/s/
_____
EUGENE T. FRANKLIN
Attorney For Plaintiff

Dated: November 3, 2005

/s/
_____
Deborah R. Schwartz
Attorney for Defendant

-1-

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

-2-

Based on the stipulation of the parties and good cause appearing:

**IT IS SO ORDERED.**

    That the Case Management Conference is rescheduled to December 9, 2005.

Dated: Nov. 3, 2005

_____
Joseph C. Spero
Magistrate Judge

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**