Eugene T. Franklin, CA Bar No. 124881
Barbara F. Green, CA Bar No. 150320
FRANKLIN EMPLOYMENT LAW GROUP
22762 Main Street
Hayward, CA 94541
Telephone: (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
LIONNA D. SMITH

Seth L. Neulight, CA Bar No. 184440
Deborah R. Schwartz, CA Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Ann Kane Smith, CA Bar No. 72698
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONNA D. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INCORPORATED, a Virginia Corporation,<br><br>        Defendant. | Case No.: C 05-02599 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action, plaintiff Lionna Smith and defendant Dollar Tree Stores, Inc., by and through their counsel of record, hereby stipulate and agree that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE. Each of the parties shall bear her or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 18, 2006          FRANKLIN EMPLOYMENT LAW GROUP


By: /s/ Eugene Franklin
    Eugene Franklin
    Attorneys for Plaintiff
    LIONNA D. SMITH

Dated: January 18, 2006          THELEN REID & PRIEST LLP


By: /s/ Seth L. Neulight
    Seth L. Neulight
    Attorneys for Defendant
    DOLLAR TREE STORES, INC.

IT IS SO ORDERED.

Dated: Jan. 19, 2006          _____
                              MAGISTRATE JUDGE JOSEPH C. SPERO